# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Finnegan, Sheila M. | District Court - Northern District of Illinois | 12/27/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>5b. ✔ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

219 S. Dearborn Street
Room 2206
Chicago, IL 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 12/27/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 12/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Everbank Checking (now TIAA) | A | Interest | L | T | | | | | |
| 2. | U.S. Employee Credit Union (Checking and Saving) | A | Interest | J | T | | | | | |
| 3. | Pen Air Federal Credit Union (CD) | C | Interest | M | T | Buy | 03/24/20 | M | | |
| 4. | American Express Natl Bank (CD) | C | Interest | N | T | Buy | 03/26/20 | N | | |
| 5. | American Express Natl Bank (savings acct) | B | Interest | M | T | Buy | 04/01/20 | M | | |
| 6. | | | | | | Sold<br>(part) | 04/22/20 | L | A | |
| 7. | Marcus (Goldman Sachs) (savings acct) | C | Interest | M | T | Buy | 03/27/20 | N | | |
| 8. | | | | | | Sold<br>(part) | 08/25/20 | M | A | |
| 9. | | | | | | Sold<br>(part) | 08/26/20 | L | A | |
| 10. | | | | | | Sold<br>(part) | 10/02/20 | L | A | |
| 11. | | | | | | Sold<br>(part) | 12/10/20 | K | A | |
| 12. | FIDELITY Brokerage Acct | | | | | | | | | |
| 13. | -Fidelity Municipal Money Mkt | A | Interest | L | T | | | | | |
| 14. | --Merck & Co | A | Dividend | J | T | | | | | |
| 15. | -VEU (Vanguard Intl Equity Index Fd FTSE All World Ex US) | B | Dividend | L | T | | | | | |
| 16. | -VTI (Vanguard Total Stk Mkt ETF) | E | Dividend | P1 | T | Buy<br>(add'l) | 03/03/20 | K | | |
| 17. | | | | | | Buy<br>(add'l) | 03/16/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 12/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 03/23/20 | K | | |
| 19. | | | | | Buy<br>(add'l) | 04/20/20 | K | | |
| 20. | | | | | Buy<br>(add'l) | 06/11/20 | K | | |
| 21. | | | | | Buy<br>(add'l) | 09/04/20 | K | | |
| 22. | | | | | Buy<br>(add'l) | 09/21/20 | K | | |
| 23. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 24. | | | | | Buy<br>(add'l) | 12/10/20 | K | | |
| 25.    -VWITX (Vanguard Interm Term Tax Exempt Inv) | A | Dividend | | | Sold | 03/23/20 | L | | |
| 26.    -FNSXX (Fid MMkt Institutional Class) | B | Dividend | K | T | Sold<br>(part) | 03/26/20 | L | | |
| 27. | | | | | Sold<br>(part) | 03/11/20 | L | | |
| 28. | | | | | Sold<br>(part) | 04/06/20 | M | | |
| 29. | | | | | Buy<br>(add'l) | 08/11/20 | L | | |
| 30. | | | | | Buy<br>(add'l) | 10/05/20 | L | | |
| 31. | | | | | Sold<br>(part) | 10/19/20 | L | | |
| 32. | | | | | Buy<br>(add'l) | 10/20/20 | L | | |
| 33. | | | | | Sold<br>(part) | 12/10/20 | M | | |
| 34.    -VXUS (Vanguard Star FD Total Intl Stock Index Fd) | D | Dividend | O | T | Buy<br>(add'l) | 03/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Finnegan, Sheila M.** | 12/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 03/23/20 | K | | |
| 36. | | | | | Buy<br>(add'l) | 04/21/20 | K | | |
| 37. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 10/30/20 | K | | |
| 41. | | | | | Buy<br>(add'l) | 12/10/20 | K | | |
| 42. -FSMAX (Fid Extended Mkt Index Fund) | A | Dividend | K | T | | | | | |
| 43. -AGG (iShare Core U.S. Aggregate Bond ETF) | E | Dividend | P1 | T | Buy<br>(add'l) | 03/24/20 | N | | |
| 44. | | | | | Buy<br>(add'l) | 08/27/20 | M | | |
| 45. | | | | | Buy<br>(add'l) | 12/14/20 | M | | |
| 46. -Arizona St. Transit Brd Hwy Rev. Bds Ser | A | Interest | K | T | | | | | |
| 47. -Collin Cnty Tex Ultd Tax Rd and Ref Bds B | B | Interest | K | T | | | | | |
| 48. -Elk Grove Village GO Bds Ser | A | Interest | K | T | | | | | |
| 49. -Naperville ILL GO Ref BDS Ser | A | Interest | K | T | | | | | |
| 50. -Ohio State Infrastr Impt GO Rev | A | Interest | | | Redeemed | 08/03/20 | K | | |
| 51. -Ohio St Univ Gen Rcpts | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Finnegan, Sheila M.** | 12/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Orange Cnty Fla Sales Tax Rev | B | Interest | K | T | | | | | |
| 53.   -Temple Ariz GO Bds Ser | A | Interest | | | Redeemed | 07/01/20 | K | | |
| 54.   -Winnebago Cnty Ill Go Alt Ref BDS | A | Interest | K | T | | | | | |
| 55.   Rollover IRA (Fid-█) | | | | | | | | | |
| 56.   -FDRXX (Fidelity Govt Cash Reserves) | A | Interest | J | T | | | | | |
| 57.   Rollover IRA █ 2 (Fid Multiple Roth) | | | | | | | | | |
| 58.   --TIP (Ishares Tips Bond ETF) | B | Dividend | M | T | | | | | |
| 59.   -VXUS (Vanguard Star FD Total Intl Stock Index ETF) | D | Dividend | M | T | Buy (add'l) | 02/24/20 | J | | |
| 60.   -AGG (Ishares Core US Aggregate Bond ETF) | B | Dividend | L | T | Buy (add'l) | 08/25/20 | J | | |
| 61.   -VTI (Vanguard Total Stock Mkt ETF) | E | Dividend | N | T | Buy (add'l) | 02/24/20 | K | | |
| 62.   Roth IRA █ 1 (Fidelity) | | | | | | | | | |
| 63.   -FDRXSX (Fidelity cash reserves) | A | Dividend | J | T | | | | | |
| 64.   -Abbvie, Inc. | A | Dividend | J | T | | | | | |
| 65.   IRA Rollover Acct █ (Fidelity) | | | | | | | | | |
| 66.   -OPGSX (Oppenheimer Gold & Spec Minerals Cl A) | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 67.   -AGG (iShare Core US Aggregate Bond ETF) | C | Dividend | M | T | Buy (add'l) | 08/25/20 | K | | |
| 68.   Roth IRA Accts █ (Fidelity) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 12/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -FDRXX (Fidelity Cash Reserves) | A | Dividend | J | T | | | | | |
| 70.  -SPHIX (Fidelity High Income) | A | Dividend | J | T | | | | | |
| 71.  -AGG (Ishares Core U.S. Aggregate Bond ETF) | C | Dividend | M | T | Buy (add'l) | 08/25/20 | J | | |
| 72. | | | | | | | | | |
| 73.  Health Savings Acct IRA | | | | | | | | | |
| 74.  -VXUS (Vanguard Total Intl ETF) | A | Int./Div. | K | T | | | | | |
| 75.  -VTI (Vanguard Total Stock Mkt ETF) | B | Int./Div. | L | T | | | | | |
| 76.  -Federated Prime Cash Trust | A | Interest | J | T | | | | | |
| 77. | | | | | | | | | |
| 78.  Fidelity 529 Plan ▉ (MA Portfolio 2015) | A | Int./Div. | K | T | | | | | |
| 79.  Illinois Bright Start 529 for ▉ (Index Age3 Based 12-14 Yrs) | | None | K | T | | | | | |
| 80.  Illinois Bright Start for ▉ (Index Equity) | A | Int./Div. | K | T | | | | | |
| 81.  Illinois Bright Start for ▉ | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |
| 82. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 83.  College Invest Stable Value Plan (MetLife) 529 Plan for ▉ | B | Int./Div. | K | T | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Finnegan, Sheila M.** | 12/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 12/27/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheila M. Finnegan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544